**Exhibit A to the Complaint**

**Location:** San Diego, CA
**Total Works Infringed:** 54

**IP Address:** 99.40.50.171
**ISP:** AT&T Internet

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 41173C5F7359A9FC9F286D56CAA3585A9B525A27<br>File Hash:<br>6726476A3C0BB654896DD95921CAAA306C2870E19C498587A6AE105DBC5F10CC | 06/15/2024<br>20:36:35 | Tushy | 12/20/2020 | 01/05/2021 | PA0002269960 |
| 2 | Info Hash: 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA<br>File Hash:<br>8633705E63B8E74B37A5E3E4D917CB9038CB87429F9687CD7E5A0D0887E468B4 | 06/15/2024<br>20:36:33 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 3 | Info Hash: 4E79385B8DAE3CD4CC334C13F109852722B4F577<br>File Hash:<br>ADA7E80EA6EA1B7ABF7D3F9E7268C86760CB34B8104C601B8CF5325577231677 | 06/15/2024<br>20:35:29 | Vixen | 08/07/2020 | 08/18/2020 | PA0002253099 |
| 4 | Info Hash: 20BA907B52248823E3EB7A4D76DEF9CD68410876<br>File Hash:<br>1FA8630F193EC8C63E34888586E79FBBFCD6F5BADDA7DB7871EBD1DDBBADC3D2 | 06/15/2024<br>20:34:51 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 5 | Info Hash: B3CF1BC90895F4A5C53C9B30A7EB76F20B525656<br>File Hash:<br>A92FCFF6E4F800D2DC258FF1F12F6581EDDC834A3A47873F8CAC6636C8636108 | 06/15/2024<br>20:34:38 | Blacked | 09/29/2021 | 11/11/2021 | PA0002321302 |
| 6 | Info Hash: CD0FC6D0CF0E74AB4F9EC7E040A643F817371ED8<br>File Hash:<br>1D1A051022FA6495A5E2560DC7CA73C077E13E71C2B2B1FDD7A6F0E21FC6BECD | 06/15/2024<br>20:34:02 | Vixen | 04/17/2020 | 04/22/2020 | PA0002237694 |
| 7 | Info Hash: EDEFF260580ABC2B4E7E910F8D43B87A326D4F1D<br>File Hash:<br>6D9DF80B165F756F81B57875E84BBC91BF9799194751401B5DF52D57212B33A1 | 06/15/2024<br>20:33:49 | Blacked | 08/19/2021 | 09/30/2021 | PA0002319753 |
| 8 | Info Hash: FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E<br>File Hash:<br>A9596964DEE36F1C6190EF9A49570A4D435010B85BD899886799BE731C4B6A07 | 06/15/2024<br>20:33:41 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 9 | Info Hash: 639F7366853B85815E75CEBDB046E48402E59ACD<br>File Hash:<br>837885507F3F58246EDBA7D8357B446F958E62FBDB06477F17E6ADD87F91C2D3 | 06/15/2024<br>20:33:35 | Blacked | 01/08/2022 | 01/17/2022 | PA0002330123 |
| 10 | Info Hash: 484B79CD3E645BD7A365E97E92F2504FF9FC467A<br>File Hash:<br>FCB15AD0B43E46D890B68CF2D682DB5775314EF9405F8F52FA1E79D87A404ADC | 06/15/2024<br>20:33:25 | Blacked | 08/13/2022 | 08/30/2022 | PA0002367729 |
| 11 | Info Hash: 9CFB10215A32610BFFCC235C930D8B64650EAC5D<br>File Hash:<br>009A48209BD35A7D2E9D9877B434A9537FA8BE03D5C96A8C017564136CEE7A62 | 06/15/2024<br>20:33:19 | Tushy | 06/25/2023 | 07/13/2023 | PA0002420342 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 857B8C6F2AF004FCD484BAA8B1FFA31A2D25251D<br>File Hash:<br>09D7D1B995F174ED3218D78E03D8B1FA9D13BB1D9658504640E2AFA60FFB8592 | 06/15/2024<br>20:33:17 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 13 | Info Hash: 4403352121D56924807F7F9DF7A14C44DEA072DF<br>File Hash:<br>FEF9647417291DD6DA1D0E86E29C9FC98054962C129CAD5C2CA376AF27FCA7DF | 06/15/2024<br>20:33:11 | Vixen | 11/20/2020 | 11/30/2020 | PA0002266357 |
| 14 | Info Hash: 8BA41798E33B659C6AB6BE1F5970479FC27BE064<br>File Hash:<br>918D5BEC584BD604582A22D42C1B6919C6FDE585CD60660FAF08C8A97738DF9C | 06/15/2024<br>20:32:56 | Vixen | 11/04/2022 | 12/11/2022 | PA0002384755 |
| 15 | Info Hash: 5CB34CA05326DC71BFB47E98D1D31E5F4D7C5245<br>File Hash:<br>A3FE84B2EDCF7764AD5AC64A7AFAC7BB88FE1D9437A2741598D94A803C800E1C | 06/15/2024<br>20:32:53 | Blacked | 03/29/2024 | 04/10/2024 | PA0002464918 |
| 16 | Info Hash: 557B5DAD5E3CAC1EBF7F510D67437F1D01235D11<br>File Hash:<br>E4A62E1A2CC636C13E980133105006A3E70314128FB9CF66A8367FCD1FB98922 | 06/15/2024<br>20:32:49 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 17 | Info Hash: 280E88FC7CEB3E5E96E3E41175EAE19DBA741A70<br>File Hash:<br>9BCE1453FDBB1652779D3192C951886B4012BF5A70DD665E0BD60995EA48ADA7 | 06/15/2024<br>20:32:46 | Tushy | 06/12/2022 | 06/27/2022 | PA0002354982 |
| 18 | Info Hash: F9BDF44736AFF092B4836E7595C9198C6FA74741<br>File Hash:<br>842AA033AE27098DFCF30E74C364668162B9C0F8613666C283831B65374DF700 | 06/15/2024<br>20:32:44 | Blacked | 11/26/2022 | 12/11/2022 | PA0002384739 |
| 19 | Info Hash: 752E7DEB87A02334B5649EE1FC8F0D941D627158<br>File Hash:<br>71B09A393C031EA3C4E064DF8E2A8D683B27DDB53606D4942CBE12A690354ED8 | 06/15/2024<br>17:30:28 | Tushy | 08/19/2021 | 10/05/2021 | PA0002315293 |
| 20 | Info Hash: 60BCCBB0AC4CBFF8FF0BA4FCBD32E5FA3BAADD16<br>File Hash:<br>345121A9C591335279FF008033711FDFF7C4866946F7AD249AF1061E591BE2E7 | 06/15/2024<br>17:29:58 | Vixen | 03/24/2023 | 04/10/2023 | PA0002405937 |
| 21 | Info Hash: 258B938C8DB932BA26C6C13091AB699725DE4029<br>File Hash:<br>5021FA9F75FFAE5AE30C79FEAC33A1296CEFCE229F032576EBFCD9407D8DA664 | 06/15/2024<br>17:27:58 | Blacked | 10/01/2022 | 10/31/2022 | PA0002377817 |
| 22 | Info Hash: 24F17708EFCAC58DF9FDADED47654864C1F4DB52<br>File Hash:<br>FBAADD72C5F7E2E8081B8CA6D56DBE05C302462E0D2E8D0F0B82E2DFB637F579 | 06/15/2024<br>17:27:48 | Vixen | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 23 | Info Hash: 9FE743BAF7076C7B1416416DCB8787E922B10AE8<br>File Hash:<br>864FB11C75DB49869286CB31C2C3DAB5089D12FB89320C22D56A56FF3EDFB509 | 06/15/2024<br>17:27:08 | Blacked | 10/22/2018 | 11/25/2018 | PA0002136653 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 56BF0671C368B87782691AB922B69AF7CF37FB90<br>File Hash:<br>13E72D5238F3DDCC10A5CDD7C75111454B81CF7F0D553172C185DF3F25617EE6 | 06/15/2024<br>00:43:33 | Vixen | 01/29/2019 | 03/24/2019 | PA0002182715 |
| 25 | Info Hash: 1D1CFE4975FA86AA9A3DC1505EEAEED91CCB9B36<br>File Hash:<br>3954CD69773DA875F67C129965A028CC69868B630CEF7F65279EEC4C3A017EC9 | 06/15/2024<br>00:43:29 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |
| 26 | Info Hash: 46857304ACE7F50BB0FA81A89D992DFD7234A063<br>File Hash:<br>E273352946EAC52115D1645E86441B060FD6CA129C923630923C5BFC08ABCBF2 | 06/15/2024<br>00:43:01 | Blacked | 05/21/2022 | 06/27/2022 | PA0002354986 |
| 27 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash:<br>E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 06/15/2024<br>00:42:25 | Vixen | 01/21/2022 | 02/14/2022 | PA0002335466 |
| 28 | Info Hash: 34C9B41CBD448242C10E1AC39825CFE5BA7F1642<br>File Hash:<br>3B3DFD84B435A037648D15D5487DFF10C6FAE601F4F4CF88C1154F5D86C19717 | 05/30/2024<br>07:06:09 | Blacked | 05/28/2024 | 06/18/2024 | PA0002476882 |
| 29 | Info Hash: E317B43293C4E8E7C1A193AF14FA547D90C9DFB5<br>File Hash:<br>CBB9D8F3C190C66C541E5CE835B7E79460341D478153897811FA5F6E696EC9AA | 03/07/2024<br>02:50:56 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 30 | Info Hash: 4A7E50403E077C6CFE5F4E27B9107F54F465601D<br>File Hash:<br>5191421E1753A446B96ADE902B5C16723834281B47CEA111A8F7C3D1ACEEE4EC | 08/29/2023<br>12:23:54 | Tushy | 11/21/2021 | 12/09/2021 | PA0002325830 |
| 31 | Info Hash: 89281CA43A08EB34A22CC4F259F21BC4C571BCDC<br>File Hash:<br>0961F5D64105B46D354283FD05849EFDF351EF9651D9E86DE0800AB0E598D151 | 08/29/2023<br>12:23:45 | Vixen | 02/18/2022 | 03/29/2022 | PA0002342837 |
| 32 | Info Hash: 649357DB13B2B11CDE20AFDA507F0BA540C1E838<br>File Hash:<br>2432AC32CA81B94D6B4F8A68B7954E9E5027BA19DECAF036B6C7B3CBEC93178F | 08/29/2023<br>12:23:44 | Tushy | 05/08/2022 | 05/20/2022 | PA0002350382 |
| 33 | Info Hash: 937DC1653A02F8962CF24B303EA2796B92C0A9F3<br>File Hash:<br>637F078F7E687CA2AA5D2AB41688E4D1795C39FE369FACAE0B2F29F903F5994E | 08/28/2023<br>20:31:39 | Blacked | 03/26/2022 | 04/23/2022 | PA0002346435 |
| 34 | Info Hash: C38FD1DECD0D848D81B4E3B25406C20C3ECB28C9<br>File Hash:<br>A4A62042C44C09C56F3664AF5E61A820B55A503E9020414AB79DA989401EE312 | 08/27/2023<br>07:13:47 | Vixen | 07/28/2023 | 08/17/2023 | PA0002425768 |
| 35 | Info Hash: EE27E3673DE498C963AF649033B1DBA7369C9D97<br>File Hash:<br>E0D34D45A08FA8A2F15DF67E26E3FE2A6A57C0F7F45EDE504D71EC6878598D79 | 08/27/2023<br>07:12:59 | Vixen | 12/09/2022 | 02/21/2023 | PA0002401000 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 1A76A113C1D33455F6FB4D100985C9DA1974F425<br>File Hash:<br>3A1FA743DEEE32C83316CCC75083FEBCC7CAAF64D5BE1B92439D792FDBDBA248 | 08/27/2023<br>07:12:15 | Vixen | 07/22/2022 | 08/30/2022 | PA0002367741 |
| 37 | Info Hash: 54DDB381DB9B297FF4391C512E27E1628E1BF7C9<br>File Hash:<br>C98C2FC3BD3645DB139308EE16424892DCD2FAC80768CEA3B2B4D8BA84A17BF6 | 08/27/2023<br>07:12:11 | Tushy | 04/09/2023 | 05/15/2023 | PA0002411263 |
| 38 | Info Hash: 3BC22005E2AFC76A838931DCA776BBA6A7235CD8<br>File Hash:<br>52978CFAE6E89E7576A6ACF227919E58FF957546FD0FBEF1FBECBE1294075FED | 08/27/2023<br>07:11:59 | Blacked | 10/08/2022 | 11/01/2022 | PA0002378074 |
| 39 | Info Hash: CB4EC1F25FFAD874268462833D653891B9ECD633<br>File Hash:<br>D8422E88707AA9414A70FAA0DD5969D9A5F87EABA6E4F63618174E5384856243 | 08/27/2023<br>07:11:28 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |
| 40 | Info Hash: AA22F2CD2ED007CE11D1639BA548C9346BDB69AE<br>File Hash:<br>7DE2E3446F60125E2CD3F7313529FA175A0DDC164323F0861FEEA22CAD059647 | 08/27/2023<br>07:11:06 | Tushy | 08/14/2022 | 08/30/2022 | PA0002367744 |
| 41 | Info Hash: 8C06A6A6C3DD2669F73BA09EA79A7196598F00A0<br>File Hash:<br>CB1B023E7835AFAAD52904D34E54962002CB308DCD90FACCCBBEA45962A6633A | 08/13/2023<br>23:02:38 | Blacked | 08/05/2023 | 08/17/2023 | PA0002425714 |
| 42 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash:<br>C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 08/13/2023<br>16:25:55 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 43 | Info Hash: 5E24D8C1DE9AAD1AC41E02476A90012595F67519<br>File Hash:<br>E1811831557FCE0CB8FE6FD4BA7ECDE3FA28055EEC9AF443E1C40F578D9F6644 | 08/13/2023<br>16:23:03 | Tushy | 09/03/2018 | 11/01/2018 | PA0002143436 |
| 44 | Info Hash: FB6DBC133B88CAB909D2CD961826DA53D1C97B46<br>File Hash:<br>19EB478059DDED9A31C97BF6E4596F3094ADAE303CE5A708EA85D342B2A06C69 | 08/13/2023<br>16:19:45 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 45 | Info Hash: 0AA471B345FAE85FD3287770E5F817AA61CF83E0<br>File Hash:<br>D69F9B243D7B6C74E96A2B92299155828B242B9AE816CECC131F9A547E6FC197 | 08/13/2023<br>16:15:17 | Tushy | 08/06/2023 | 08/17/2023 | PA0002425539 |
| 46 | Info Hash: 3D12C142E56A6E39459711907ACDD5A07DA03127<br>File Hash:<br>DBC642F9DE43810227B6EDE773175652DD06978B99E6B302A7F07C9F2EAEBD77 | 08/13/2023<br>16:15:05 | Vixen | 11/18/2022 | 12/11/2022 | PA0002384397 |
| 47 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash:<br>2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 08/13/2023<br>16:13:05 | Blacked | 02/05/2022 | 02/14/2022 | PA0002335503 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 74E11E3524B76B6E37D22F1200AFE49C2CB3CDFE<br>File Hash: 7585140E235E96F4BD705D67A00B86454206B422718DDDB2D673F9CEC873639B | 08/13/2023 16:13:04 | Blacked | 03/04/2023 | 04/07/2023 | PA0002405754 |
| 49 | Info Hash: D440379C6C7E543015741EEFBB8F44BF694EE1D4<br>File Hash: 01517CCEABABC607027F610CFE2E7D9F1EC4F6171F1FA0588A9FD6BACA8B3956 | 08/11/2023 05:12:48 | Vixen | 05/12/2023 | 06/09/2023 | PA0002415370 |
| 50 | Info Hash: F7157D4CC36D88116FCE910970867005793B8651<br>File Hash: B75E6CB74048E739CE4704E42814522824E9D5706F635276A00A945459F0500B | 08/07/2023 04:23:15 | Blacked | 07/22/2023 | 08/17/2023 | PA0002425765 |
| 51 | Info Hash: 6C639AA8446F7F87521D3F3E65244D3164287F1A<br>File Hash: 4DEB83BF65F44F882F54385B87EC7169F82748E2F40DE7B3152E2B00BAC018EB | 05/30/2023 04:47:33 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 52 | Info Hash: 97411C3987A905CD4C458D6A88BC8EB53796B51B<br>File Hash: 169C2D70CE4F3BF1320FE3AB4A5BF7A90BF0429D9734BBF6A872DA7BF3CAA5C0 | 05/22/2023 06:14:38 | Tushy | 02/07/2021 | 03/08/2021 | PA0002280362 |
| 53 | Info Hash: 73FC532AC1B985A0D6A8AC0E61DBA029B4974E9B<br>File Hash: E0FA800916BEE3A6270F1FB1D2A7B484B0450B1E815135A452D0CA7044B33664 | 05/17/2023 00:07:54 | Blacked | 05/13/2023 | 06/09/2023 | PA0002415384 |
| 54 | Info Hash: 4275774E7AC6841246779BB0CF9054E881B6F417<br>File Hash: CD22763EE0843E6B9497D0966E1C52B8D5F1B7FCB0E9C542DFEDFC95AC3A61D2 | 02/02/2023 06:56:39 | Blacked | 03/05/2022 | 03/29/2022 | PA0002342848 |